M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:      rfinch@messner.com
             cmeyer@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Ins. Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLLEEN BROWN,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Limited Liability Company; DOES 1 - 10, and ROE ENTITIES 11 through 20, inclusive.<br><br>            Defendants. | CASE NO: 2:23-cv-01853<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff COLLEEN BROWN, by and through counsel of record NICKOLAS GIORGIONE, ESQ. of RUIZ LAW FIRM, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:23-cv-01853 be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

DATED this 26th day of January, 2024          Dated this 24 day of January, 2024.

**MESSNER REEVES LLP**                        **RUIZ LAW FIRM**

/s/ Renee M. Finch

M. Caleb Meyer, Esq.                          Nickolas Giorgione, Esq.
Nevada Bar No. 13379                          Nevada Bar No. 14370
Renee M. Finch, Esq.                          1055 Whitney Ranch Drive, Suite 110
Nevada Bar No. 13118                          Henderson, NV 89014
8945 W. Russell Road Suite 300                *Attorneys for Plaintiff*
Las Vegas, Nevada 89148
*Attorneys for Defendant*


IT IS SO ORDERED.

_____
United States District Court Judge

DATED: February 1, 2024